# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

v.

TAL HOSEY, JR

Criminal Action No. _03-30008-MAP_

### NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, _TAL HOSEY, JR_,

☑ states that no waiver will be filed and requests that the government provide

automatic discovery in accordance with LR 116.1(C).


☐ waives the automatic disclosure of discovery material pursuant to Local Rule

116.1(B). Discovery will be obtained directly through the provisions of the

Federal Rules of Criminal Procedure in the manner provided under Local Rule

116.3.

If no election is made, automatic discovery will be conducted pursuant to the

Local Rules.

_12/23/03_
**Date**

_Attorney for the Defendant_

### Certificate of Service

I hereby certify that on _Dec. 23, 2003_, I served a copy of this
document via mail/in-hand upon counsel for the Government.

_Attorney for Defendant_