UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )      CRIMINAL NO. 03-30008-MAP
                                )
                                )
JOSE MERCED, et al.             )
                                )
        Defendants.             )

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by Michael J. Sullivan, United

States Attorney for the District of Massachusetts, moves this

Court, pursuant to Local Rule 7.2, to unseal the Indictment in

the above referenced case.  As grounds for this motion, the

government states that all defendants have been arrested and

therefore there is no reason to further seal the Indictment.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                  By:     _____
                          Ariane D. Vuono
                          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden,  ss.                    Springfield, Massachusetts
                                 January 7, 2004

    I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by mail on all
counsel of record.

                          _____
                          Ariane D. Vuono
                          Assistant U.S. Attorney