**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff** | ) |
| | ) |
| **v** | ) **CRIMINAL NO. 03-30008-MAP** |
| | ) |
| **JOSE MERCED, and** | ) |
| **TAL HOSEY, et al** | ) |
| **Defendants** | ) |

### DEFENDANT'S MOTION FOR RELEASE ON CONDITIONS

Now comes the defendant, Tal Hosey, and moves this court, pursuant to 18 U.S.C 3142 (b) and (c) to release him upon the execution of an unsecured appearance bond in an amount which the court deems appropriate, the payment of two thousand dollars five hundred ($2,500) cash bail and upon such as conditions as the court deems necessary and appropriate. As grounds for the motion the defendant states as follows:

A detention hearing was held on this matter on December 23, 2003. The defendant presented evidence indicating:

A) That he has significant family ties to the Springfield area, including:

(i) a fiancé, Tanya Goffe, who resides at 70 Bristol Street, Springfield, MA, with the couples' three (3) children, Nicholas, age 5, Talia, age 4 and Alton, age 1;

(ii) his mother, Brenda Clark, who resides at 195 Massachusetts Avenue, Second Floor, Springfield, MA;

(iii)    Two sisters, Christine Hosey, age 32, and Yolanda Hosey, age 27.

B) That he was employed at the time of his detention hearing and would be able to return to this employment (at Economy Cars and Trucks, Chicopee, MA), if we were

1

released.

      (C)     That the defendant has no crime of violence in his record since 1991.

At the detention hearing the Court indicated a willingness to consider releasing the defendant if someone on his behalf were willing to sign an unsecured bond and possibly post some amount of cash bail.

The defendant's fiancé, Tanya Goffe, and/or his mother, Brenda Clark is/are willing to sign an unsecured bond in an amount deemed appropriate by the court. Ms. Goffe resides at 70 Bristol Street in Springfield. She is employed at both at East Village Places in East Longmeadow and at Glen Meadow Retirement Home in East Longmeadow, as a Certified Nurse Assistant. The affidavit of Ms. Goffe is attached as Exhibit A. Ms. Clarke resides at 195 Massachusetts Avenue, Springfield. Her affidavit is attached as Exhibit B.

Wherefore, the defendant requests that this motion be allowed, and that Mr. Hosey be released upon the execution of an unsecured bond by Ms. Goffe and the payment of $2,500 cash bail, under whatever additional conditions the Court deems appropriate to impose.

                                   Tal Hosey, by his attorney

                                   James G. Reardon, Jr., Esq.
                                   Reardon & Reardon
                                   One Exchange Place
                                   Worcester, MA 01608
                                   (508)754-1111
                                   BBO #544557

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion was forwarded to AUSA Thomas

O'Connor, Jr., United States District Court, 1550 Main Street, Springfield, MA 01103.

Signed under the pains and penalties of perjury this 8th day of January, 2004.

James G. Reardon, Jr.

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v | ) | CRIMINAL NO. 03-300008-MAP |
| | ) | |
| JOSE MERCED, and | ) | |
| TAL HOSEY, et al | ) | |
| Defendants | ) | |

## AFFIDAVIT OF TANYA GOFFE

Now comes Tanya Goffe and having been duly sworn, deposes and says:

1) My name is Tanya Goffe, and I am the fiancé of Tal Hosey.

2) Mr. Hosey and I have three children, who reside with me at 70 Bristol Street in Springfield: Nicholas, age 5, Talia, age 4 and Alton, age 1.

3) I am employed as a a Certified Nurse Assistant at East Village Places and Glen Meadow Retirement Home, both in East Longmeadow.

4) My date of birth is 9/21/75. My social security number is 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.

5) I am willing to sign an unsecured bond on behalf of Tal Hosey, and abide by whatever other conditions the court may impose, should Mr. Hosey be released.

6) If Mr. Hosey is released, he can continue to live with me and our children.

Signed under the pains and penalties of perjury, this 8th day of January, 2004.

_____
Tanya Goffe

**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff ) | |
| ) | |
| v                                   ) | CRIMINAL NO. 03-300008-MAP |
| ) | |
| JOSE MERCED, and                    ) | |
| TAL HOSEY, et al                    ) | |
|     Defendants                      ) | |

## AFFIDAVIT OF BRENDA CLARK

Now comes Brenda Clark and having been duly sworn, deposes and says:

1)   My name is Brenda Clark, and I am the mother of Tal Hosey.

2)   I reside at 195 Massachusetts Avenue in Springfield with my husband.

3)   I am employed at Stavory, Springfield as a personal care attendant.

4)   My date of birth is10/19/50. My social security number is 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.

5)   I am willing to sign an unsecured bond on behalf of Tal Hosey, and abide by whatever other conditions the court may impose, should Mr. Hosey be released.

6)   If Mr. Hosey is released, he live with me, should the court so order.

Signed under the pains and penalties of perjury, this 8th day of January, 2004.

Brenda Clark
Brenda Clark