UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-30008-MAP |
| ) | |
| JOSE MERCED, et al., ) | |
|       Defendants ) | |

INTERIM STATUS REPORT
January 29, 2004

NEIMAN, U.S.M.J.

The court held a Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled an Interim Status Conference for March 15, 2004.

3. Several of the defendants are transcribing a significant number of wire-tap tapes, a process which may take significant time.

4. There are no other matters to report relevant to the progress or resolution of the case.

    /s/   Kenneth P. Neiman
    KENNETH P. NEIMAN
    U.S. Magistrate Judge