UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 MAR 12  P 4:14

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-30008-MAP |
| ) | |
| JOSE MERCED, et al. ) | |
| ) | |
| Defendants. ) | |

## THE GOVERNMENT'S STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby submits the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. There are no outstanding discovery motions.

2. The government believes that a motion date should be established under Fed.R.Crim.P. 12(c).

3. The government believes that it is appropriate to schedule change of plea hearings for those defendants who intend to plead guilty.

4. Attorney St. Clair, counsel for Francisco Flores; Attorney Ettenberg, counsel for Carlos Morales; Attorney Nagel, counsel for SirJeffory Smith; Attorney Maggi, counsel for William

Torres; Attorney Jennings, counsel for Sean Garcia; Attorney Levinson, counsel for Twaiwan Jones, assent to this status report.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

By:

                                  /s/ Ariane D. Vuono
                                  Ariane D. Vuono
                                  Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

                                  Springfield, Massachusetts
                                  March 12, 2004

    I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing on the defendants by providing a copy, via facsimile, to counsel of record.

                                  /s/ Ariane D. Vuono
                                  ARIANE D. VUONO
                                  Assistant U.S. Attorney