UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 03-30008-MAP |
| | ) | |
| | ) | |
| JOSE MERCED, et al., | ) | |
| Defendants | ) | |


INTERIM SCHEDULING ORDER
March 15, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1.    Those defendants who have indicated that they will be changing their pleas -- Jose Merced, Carlos Pizarro, Carlos Morales, Zenia Sanchez, Sirjeffory Smith, Ana Gonzalez and Taiwan Jones -- shall immediately schedule, in coordination with the Government and the clerk's office, change of plea hearings.

2.    All remaining defendants shall immediately coordinate the transcription of all tapes by no later than May 18, 2004.

3.    All discovery motions (which are not tape related) shall be filed by April 15, 2004.

4.    The court will expect that all motions to suppress will be filed by June 16, 2004, to which the Government shall respond by July 2, 2004.

5.    A final status conference will be held on May 18, 2004, at 2:00 p.m. in

Courtroom III.

6.    On or before the close of business, May 14, 2004, a joint memorandum

addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be

filed with the court.

IT IS SO ORDERED.

DATED: March 15, 2004

/s/  Kenneth P. Neiman

KENNETH P. NEIMAN

U.S. Magistrate Judge