AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

**NOTICE**

V.

JOSE MERCED, et al.        CASE NUMBER: 03-30008-MAP

TYPE OF CASE:

☐ CIVIL        ☒ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, MA 01103 | DATE AND TIME |

TYPE OF PROCEEDING

**STATUS CONFERENCE**

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | May 18, 2004 at 2:00 p.m. | **May 18, 2004 at 2:30 p.m.** |

TONY ANASTAS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 14, 2004            /s/ Bethaney A. Healy
DATE                    (BY) DEPUTY CLERK

TO:    All counsel of record