UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>JOSE MERCED, et al., )<br>Defendants ) | Criminal Action No. 03-30008-MAP |

REVISED SCHEDULING ORDER
May 19, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference held on May 18, 2004:

1. A hearing on Defendants Flores' and Delgado's motions for discovery shall be held on May 25, 2004, at 2:00 p.m.

2. Defendants shall complete the transcription of the tapes provided by the Government no later than August 30, 2004.

3. Defendants may file any discovery motions arising out of the transcribed tapes by September 15, 2004, to which the Government shall respond by September 30, 2004.

4. Defendants shall file their motions to suppress by no later than September 30, 2004 (the previously established date of June 16, 2004, is hereby

cancelled), to which the Government shall respond by September 30, 2004. A final status conference will be held on September 20, 2004, at 2:00 p.m. in Courtroom III.

5. On or before the close of business, September 15, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

There shall be no further extensions.

Dated: May 19, 2004                                /s/ Kenneth P. Neiman
                                                   KENNETH P. NEIMAN
                                                   U.S. Magistrate Judge