UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>JOSE MERCED, et al., )<br>Defendants ) | Criminal Action No. 03-30008-MAP |

STATUS REPORT
May 19, 2004

NEIMAN, U.S.M.J.

   The court held a Status Conference on May 18, 2004, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

   1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day, and has scheduled a final Status Conference for September 20, 2004.

   2. To date, six defendants – Jose Merced, Carlos Pizarro, Carlos Morales, Carlos Orlando Morales, Ana Gonzalez and Taiwan Jones – have entered pleas of guilty. Change of plea hearings are scheduled for two more defendants, Zenia Sanchez and Sirjeffory Smith. The Government intends to file a motion to dismiss with regard to Emilio Navedo, who has died.

   3. The Government and most of the defendants agree, as does the court, that

as of May 18, 2004, no time has run on the Speedy Trial Clock. A separate order shall issue.

4. There are a significant number of tapes which, at Defendants' request, must be transcribed before motions to suppress can be filed. Defendants have until August 30, 2004, and no further, to complete the task of transcription.

5. There are no matters to report relevant to the progress of the case.

Dated: May 19, 2004
/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge