UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
Plaintiff )
)
v )
) CRIMINAL NO. 03-30008-MAP
JOSE MERCED, and )
TAL HOSEY, et al )
Defendants )
)

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

## DEFENDANT'S MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

Now comes the defendant, Tal Hosey, and moves this court to modify the conditions of his pretrial release by allowing him to travel to Dublin, Georgia from May 27, 2004 to June 2, 2004. Mr. Hosey would depart Massachusetts on May 27, 2004 and return to Massachusetts on June 2, 2004.

As grounds for this motion, the defendant states that his uncle, Theodos Gyton, died on May 24, 2004. His uncle resided in Dublin, Georgia. Mr. Hosey desires to be able to attend the wake and funeral of his uncle. Counsel for Mr. Hosey has informed Mr. Gladden of Pretrial Services of this request.

WHEREFORE, the defendant requests that this motion be allowed.

Tal Hosey, by his attorney

James G. Reardon, Jr., Esq.
Reardon & Reardon
One Exchange Place

1

Worcester, MA 01608
(508)754-1111
BBO #544557

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion was forwarded to AUSA Thomas O'Connor, Jr., United States District Court, 1550 Main Street, Springfield, MA 01103.

Signed under the pains and penalties of perjury this 25th day of May, 2004.

James G. Reardon, Jr.

2