UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 03-CR-30008-MAP |
| | ) |
| JOSE MERCED, ET AL, | ) |

NOTICE TO ALL COUNSEL RE: TRIAL

March 18, 2005

PONSOR, D.J.

On February 11, 2005, this court notified all counsel that trial in this matter will commence on September 12, 2005. Because of the large number of defendants, the length of the trial (at least six weeks) and the volume of discovery, lengthy advance notice of the trial date was proper.

Recently, however, one defendant contacted the court expressing dissatisfaction with his attorney's representation. The court will have this defendant and his attorney in for a status conference to discuss this problem forthwith.

The purpose of this notice is to inform all counsel that the September 12, 2005 trial date is <u>firm</u>. The court will entertain no applications for replacement of counsel based upon any impairment to the attorney/client relationship unless a motion is filed on or before March 31, 2005. Due to the

large amount of discovery in this case, a risk of disruption to the trial date would arise through any attempt to substitute new counsel after March 31. Unless the court is informed, therefore, on or before March 31, 2005 of some difficulties in the attorney/client relationship, the court will conclusively presume that <u>all</u> defendants and their <u>current</u> counsel will be prepared to go to trial on September 12, 2005.

All counsel whose clients have not offered guilty pleas will appear before this court for a status conference in this case on June 24, 2005 at 11:00 a.m. The purpose of this conference will be to discuss final preparations for trial, including security arrangements, the need for interpreters, configuration of the courtroom and jury selection. A further status conference will take place on September 7, 2005 at 2:00 p.m. prior to the September 12 trial date.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge