UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff   )<br>   )<br>v   )<br>   )<br>JOSE MERCED, and   )<br>TAL HOSEY, et al   )<br>    Defendants   ) | CRIMINAL NO. 03-30008-MAP |

## DEFENDANT'S MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

Now comes the defendant, Tal Hosey, and moves this court to modify the conditions of his pretrial release by allowing him to travel to Dublin, Lawrence County, Georgia for a period of two (2) weeks from July 1, 2005 to July 14, 2005.

As grounds for this motion, the defendant states the following:

The defendant was released on conditions on January 29, 2004. To date, he has abided by all conditions of his release. The defendant is expected to plead guilty later this year to all charges against him.

This will be the defendant's last opportunity, prior to his incarceration, to visit family and other relatives in Georgia. The defendant will be able to comply with reasonable conditions, such as telephone contact with Pretrial Services, during this two (2) week period. Upon his return to Massachusetts, the defendant will continue to abide by his current conditions of release.

This Court previously granted the defendant permission to travel to Dublin,

1

Georgia in May of 2004.

The Government does not oppose this motion.

WHEREFORE, the defendant requests that this motion be allowed.

Tal Hosey, by his attorney

James G. Reardon, Jr., Esq.
Reardon & Reardon
One Exchange Place
Worcester, MA 01608
(508) 754-1111
BBO #544557

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion was forwarded to AUSA Ariane D. Vuono and AUSA Thomas O'Connor, Jr., United States District Court, 1550 Main Street, Springfield, MA 01103.

Signed under the pains and penalties of perjury this 17th day of June, 2005.

James G. Reardon, Jr.

2