UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CIVIL / CRIMINAL

CASE NO. 03-30008

V.

TAL HOSEY

Defendant

## NOTICE OF RESCHEDULING

PONSOR     D.J.

PLEASE TAKE NOTICE that the above-entitled case has been RESET for A CHANGE OF PLEA HEARING   8/26/05 AT   3:00 P.M.   BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

/s/Elizabeth A. French

July 29, 2005                    By:   /s/Elizabeth A. French
   Date                                      Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**