UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) CRIMINAL ACTION |
| v | ) NO. 03-30008-MAP |
| | ) |
| TAL HOSEY, | ) |
| et al | ) |
| | ) |
| Defendant | ) |

COUNSEL'S CHANGE OF ADDRESS

Notice is hereby given to all attorneys in the above action that the address, telephone number and facsimile number for counsel for the defendant, Tal Hosey, has changed. The new information is:

Burns & Farrey
150 Federal Street
11th Floor
Boston, MA 02110
Telephone: (617)439-4758
Facsimile: (617)439-4148

Defendant, Tal Hosey,
by his attorney,

_____
James G. Reardon, Jr., Esq.
Burns & Farrey
150 Federal Street
Boston, MA 02110
(617)439-4758
B.B.O. #544557

## CERTIFICATE OF SERVICE

James G. Reardon, Jr., attorney for the defendant in the above-entitled action, hereby certifies that a true copy of this document was served upon the attorney of record for each party by regular mail, postage prepaid.

Signed under the pains and penalties of perjury this 1st day of September, 2005.

_____
James G. Reardon, Jr.