UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) ) ) |
| | ) CRIMINAL ACTION |
| v | ) NO. 03-30008-MAP |
| TAL HOSEY, et al | ) ) ) ) |
| Defendant | ) ) |

COUNSEL'S CHANGE OF ADDRESS

Notice is hereby given to all attorneys in the above action that the address, telephone number and facsimile number for counsel for the defendant, Tal Hosey, has changed. The new information is:

Reardon & Reardon
One Exchange Place
Worcester, MA 01608
(508)754-1111
(508)797-6176 fax

Defendant, Tal Hosey,
by his attorney,

_____
James G. Reardon, Jr., Esq.
Reardon & Reardon
One Exchange Place
Worcester, MA 01608
(508)754-1111
B.B.O. #544557

## CERTIFICATE OF SERVICE

James G. Reardon, Jr., attorney for the defendant in the above-entitled action, hereby certifies that a true copy of this document was served upon the attorney of record for each party by regular mail, postage prepaid.

  Signed under the pains and penalties of perjury this 23rd day of September, 2005.

                    _____
                    James G. Reardon, Jr.