UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

v.                                                                              CR 03-30008-MAP

**TAL HOSEY,**
        Defendant

ORDER OF DISBURSEMENT

December 20, 2005

**PONSOR, D.J.**

    It is hereby ordered that the Clerk disburse to Tanya Goffe, 443 Bird Ave., Buffalo, NY, 14213, the amount of $3,500.00 posted as cash bail on February 12, 2004.  The defendant has been sentenced and is serving his sentence.

    It is so ordered.

                                /s/Michael A. Ponsor
                                United States District Judge