UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-30008-MAP |
| ) | |
| TAL HOSEY, ) | |
| Defendant ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed by the district court (Ponsor, J.) on the defendant Tal Hosey on November 30, 2005 and from the resulting <u>Judgment in a Criminal Case</u> and <u>Statement of Reasons</u> (entered on the docket on **December 7, 2005**).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
THOMAS J. O'CONNOR, JR.
Assistant U.S. Attorney

Certificate of Service

I, Thomas O'Connor, AUSA, hereby certify that I have caused a copy of this notice to be served by first-class mail on:

James G. Reardon, Jr.
Reardon & Reardon
One Exchange Place
Worcester, MA 01608

on December 22, 2005

_____
Assistant U.S. Attorney