# MANDATE

# United States Court of Appeals
## For the First Circuit

USDC /MA
03-30008
Ponsor, M.

No. 06-1172

UNITED STATES

Appellant

v.

TAL HOSEY

Defendant - Appellee

**JUDGMENT**

Entered: April 5, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with appellant to bear any incurred costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Issued as Mandate
Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

By: __AMY B. LEDER__
     Appeals Attorney

Deputy Clerk

Date: 4/5/06

[cc: Thomas O'Connor, AUSA, Ariane Vuono, AUSA, Dina Chaitowitz, AUSA, James Reardon, Esq]