Tal Hosey
Fed. Reg. No. 90781-038
FCI McKean
P.O. Box 8000
Bradford, PA 16701

April 22, 2006

Clerk of the Court
U.S.D.C. for District of Massachusetts
1550 Main St., #5
Springfield, MA   01103-1422

RE:   UNITED STATES V. TAL HOSEY, CASE #03-30008-MAP.

Dear Sirs:

    I am writing to you to request a copy of the Docket Sheet for my above referenced case and a copy of the following transcripts:

1. Change of Plea Transcript of __/__/__;
2. Sentencing Transcript of __/__/__;

I understand that the United States had filed an Appeal Notice with the First Circuit Court of Appeals and that these Transcripts would have been part of the Record to forward to them. So they should appear in my Criminal Docket and also the Appeals Court's Docketing Information.

    Should you require any more from me, please contact me at the above address. I will respond in kind promptly.

Sincerely,

Tal Hosey

enc.  NO
cc.   FILE