AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

__FIRST__  DISTRICT OF  __MASSACHUSETTS__

UNITED STATES

v.  **APPEARANCE**

JOSE MERCED, ET AL

Case Number: 03-30008-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America

I certify that I am admitted to practice in this court.

__5/8/06__
Date

__/s/__
Signature

__Kevin O'Regan__
Print Name                          Bar Number

__1550 Main Street, Room 310__
Address

__Springfield__          __MA__      __01103__
City                State             Zip Code

__413-785-0142__        __413-785-0394__
Phone Number                        Fax Number