IN THE UNITED STATES DISTRICT COURT

FILED
IN CLERK'S OFFICE

2008 FEB -6  A 10: 05

U.S. DISTRICT COURT
DISTRICT OF MASS

United States of America
    Respondent

v.                                   Case No.03-30008-MAP

                                      Judge Ponsor

Tal Hosey
    Defendant
_____/

MOTION FOR APPOINTMENT OF COUNSEL

    Now Comes Tal Hosey pro se, respectfully requesting reduction of sentence, in light of the United States Sentencing [crack] Amendment which became Law November 1, 2007.

    On December 11, 2007, the United States Sentencing Commission announced, [crack] Amendment be applied retroactive to defendants sentence under §2D1.1(effective March 3, 2008)

    I am unable to afford counsel for the purpose of making a motion to the court to review my sentence under the Retroactive Guideline Amendment. I hereby request that counsel be appointed by the court to assist me.

Date.                                        Respectfully Submitted

2/3/08                                      Tal Hosey