Date: 2/14/08

FILED
IN CLERK'S OFFICE

2008 FEB 22  A 10: 55

Hon. Judge Ponsor
c/o Elizabeth French
Deputy Clerk
United States District Court

U.S. DISTRICT COURT
DISTRICT OF MASS

Dear Elizabeth French::

    I was sentenced by Judge Judge Ponsor on 11/30/05 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

    ✓ I had appointed counsel in my original case and

    ✓ I do wish to be represented by the same lawyer who represented me at my original sentencing.

    ___ I do not wish to be represented by the same lawyer who represented me at my original sentencing.

Sincerely,
Tal Hosey

Name: TAl Hosey
Address: FSL Elkton
P.O. Box 10
Lisbon, OH. 44432

Telephone: _____